1  MICHAEL COSENTINO, ESQ., State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. C 85 0658 M |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| GREGORY C. GARDENER, | ) | |
| Defendant(s). | ) | |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that the Law Office of Michael Cosentino is substituted for ESKANOS & ADLER as attorney for the plaintiff, United States of America, under a contractual agreement with the plaintiff. The new information is as follows:

MICHAEL COSENTINO, ESQ.
LAW OFFICE OF MICHAEL COSENTINO
P.O. Box 129
Alameda, CA 94501
Phone: 510-523-4702
Fax:    510-523-4705

Please amend your records to reflect this change.

Pursuant to Local Civil Rule 11-5(b), the plaintiff, through the undersigned Assistant United States Attorney, consents to the withdrawal of ESKANOS & ADLER and the substitution of the Law

1  Office of Michael Cosentino as substituted counsel.

2                                                  Respectfully submitted,

3                                                  MICHAEL J. YAMAGUCHI
                                                   U.S. Attorney
4

5  Date: 6-3-98
                                                   _____
                                                   DOUGLAS K. CHANG
6                                                  Assistant United States Attorney

7

8  Date: May 23, 1998
                                                   _____
9                                                  LAW OFFICE OF MICHAEL COSENTINO
                                                   By: MICHAEL COSENTINO

10         MAY 27 1998
   Date: _____                       IRWIN J. ESKANOS
11                                                 ESKANOS & ADLER
                                                   By:
12

13         IT IS SO ORDERED:

14

15 Date: _____
                                                   _____
16                                                 MARILYN HALL PATEL
                                                   U.S. District Judge

17

18

19

20

21

22

23

24

25

26

27

28